S:\FILES\6181_SOMPO(BATO)\LEGAL+DISCOVERY\6181R7.1.DOCX

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Attorneys for Sompo America Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOMPO AMERICA INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>    - v. -<br><br>WALLENIUS WILHELMSEN LOGISTICS AS,<br><br>       Defendant. | Civ. 18-cv-6189 (     )<br><br>**F.R.CIV.P. 7.1 STATEMENT** |

  Pursuant to F.R.Civ.P. 7.1, the undersigned attorney of record for Sompo America Insurance Company certifies that SOMPO Holdings, Inc., a publicly held corporation (TSE 8630), owns 10% or more of that party's stock.  Dated:

| | |
|---|---|
| New York, New York<br>  July 9, 2018 | KENNEDY LILLIS SCHMIDT & ENGLISH<br>Attorneys for Sompo America Insurance Company<br><br>By: _____<br>Charles E. Schmidt<br>75 Maiden Lane – Suite 402<br>New York, New York 10038-4816<br>Telephone:  212-430-0800 |

1